# In the United States Court of Federal Claims

Filed: December 11, 2017

| | |
|---|---|
| IN RE ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | Master Docket No. 17-3000L |
| THIS DOCUMENT APPLIES TO: ALL CASES | |

## ORDER

On December 8, 2017, the court issued a Memorandum Opinion And Order Denying The Government's Motion To Vacate The Court's November 20, 2017 Orders. ECF No. 106 (re-docketed for administrative purposes as ECF No. 107). The parties, however, are directed to comply with each of the deadlines set forth in the court's November 20, 2017 Orders (ECF Nos. 67, 68, 69, 70), unless and until a subsequent Order directs the parties otherwise.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**Susan G. Braden**
**Chief Judge**